

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00017-CV

Cynthia Ann **TURNER**,
Appellant

v.

Troy Adam **TURNER**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2012CVG-002200-C1
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  February 5, 2014

MOTION TO DISMISS GRANTED; DISMISSED

        Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

                                        PER CURIAM